UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herbert Frank Cintron,

                         Plaintiff,

      - *against* -

Marjam Supply Co., Inc., et al.,

                       Defendants.

20 Civ. 9112 (CS)(PED)

**ORDER**

**PAUL E. DAVISON, U.S.M.J.:**

    In accordance with certain discovery rulings made on the record at this morning's conference, it is hereby

    **ORDERED**, that defendants and their counsel shall not in any manner, directly or indirectly, contact or attempt to contact plaintiff's current employer, without further, express leave of the Court.

Dated: October 27, 2021
       White Plains, New York

SO ORDERED

Paul E. Davison
U.S.M.J.