UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HERBERT FRANK CINTRON,

                    Plaintiff,

        -against –

**O R D E R**

7:20-CV- 9112 (CS) (PED)

MARJAM SUPPLY CO., INC., *et al.*,

                    Defendant.
-----------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  January 6, 2022
       White Plains, New York

                                                         CATHY SEIBEL, U.S.D.J.